No. 12–68. LAW OFFICES OF THEODORE COATES, P. C. v. AIG ANNUITY INSURANCE CO. ET AL. C. A. 10th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 12–107. SENSING ET AL. v. PORTER ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–110. WEBB v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER and JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–124. CASTRO v. FLORIDA BOARD OF BAR EXAMINERS. Sup. Ct. Fla. Motion of Florida Association of Criminal Defense Lawyers-Miami Chapter for leave to file brief as amicus curiae granted. Certiorari denied.

No. 12–5054. SURGENT v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5062. JORDAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5101. ROLLNESS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5109. FALLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5112. HUMBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.